**STATE of Missouri, Respondent,**

v.

**Gerald CARNAHAN, Appellant.**

No. ED 95887.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 12, 2012.

N. Scott Rosenblum, Erin R. Griebel, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, John Winston Grantham, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before PATRICIA L. COHEN, P.J., GLENN A. NORTON, and ROBERT M. CLAYTON III, JJ.

## ORDER

PER CURIAM.

Gerald Carnahan appeals the judgment entered upon a jury verdict convicting him of first-degree murder, section 565.020.1 RSMo Supp.1984, and forcible rape, section 566.030.1 RSMo Supp.1984. We find that there was sufficient evidence to support Carnahan's convictions, and therefore the trial court did not err in denying Carnahan's motions for judgment of acquittal. We have reviewed the briefs of the parties and the record on appeal and conclude that no error of law appears as to Carnahan's alleged *Brady* claim.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).